# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BLAKE THOMPSON

NO. 2019 KW 1335

NOV 1 2 2019

---

In Re:   Blake Thompson, applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 09-CR-238.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED.**

**VGW**
**WJC**

**Guidry, J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT